[No. 13206-7-I.   Division One.   December 23, 1985.]

*In the Matter of the Marriage of* RICHARD C. LUSSY, *Appellant, and* SUZANNE P. LUSSY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-3-02754-9, Horton Smith, J., entered May 8, 1983. *Affirmed* by unpublished per curiam opinion.

[No. 14760-9-I.   Division One.   December 23, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE E. MYERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-02913-7, Peter K. Steere, J., entered April 18, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, A.C.J., and Williams, J.

[No. 13155-9-I.   Division One.   December 23, 1985.]

ROBERT G. REID, *Appellant,* v. MULLEN CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-17752-1, Charles V. Johnson, J., entered April 15, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold and Grosse, JJ.

[No. 7281-5-II.   Division Two.   December 24, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DEANNE GLENDA COOK, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83-1-00096-6, Carol A. Fuller, J., entered September 12, 1983. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.